FILED

NOV 22 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Fax: (415) 255-8631
E-Mail: rwlaw@mindspring.com

Attorney for Defendant JONATHAN RICE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

Plaintiff,

v.

JONATHAN RICE,

Defendant.

_______________________________________/

No. CR10 0090 JSW

**STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING ELECTRONIC MONITORING**

**IT IS HEREBY STIPULATED** between the parties that the following modification can be made to the release condition of electronic monitoring for defendant Jonathan Rice in the above-entitled case.

Defendant Jonathan Rice is allowed to leave his residence and not be electronically monitored on Thursday, November 25, 2010, between the hours of 8:00 a.m until 11:00 p.m., to spend Thanksgiving day with his family members. He can be at a location other than his own home during those hours, but then must return home.

Mr. Rice is also to cooperate with Pretrial Services and comply with any reporting requirements set out by Pretrial Services during this outing.

Counsel Robert Waggener has verified that United States Pretrial Services Officer Richard Sarlatte and Assistant United Attorney Derek Owens have no objection to the modification of Mr. Rice's electronic monitoring conditions.

All other conditions of Mr. Rice's release are to remain in effect and all parties are aware that Mr. Rice has a self-surrender date with the Bureau of Prison scheduled for November 29, 2010.

Dated: November 19, 2010

/s/
ROBERT WAGGENER
Attorney for Defendant
JONATHAN RICE

Dated: November 19, 2010

/s/
DEREK OWENS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 11/22/10

~~JAMES LARSON~~ EDWARD M. CHEN
United States ~~District Court~~ Magistrate Judge

STIPULATION & [PROPOSED] ORDER
RE RELEASE CONDITIONS

2

\\214-server\Duboce Users\Bob\Data\FD\S&O Re Release Conditions2.jr.wpd